UNITED STATES DISTRICT COURT

JS-6

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| IVAN VAN BUREN, | ) | Case No. 2:25-cv-07031-HDV (DTB) |
| | ) | |
| Petitioner, | ) | **J U D G M E N T** |
| | ) | |
| v. | ) | |
| | ) | |
| B. BIRKHOLZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  03/16/26

_____
HERNAN D. VERA
United States District Judge

1